# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2023

**By ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: ***United States v. Jeremy Pinales Diaz*, 21 Cr. 357 (PAE)**

Dear Judge Engelmayer:

    I write with the Government's consent to request a sixty-day adjournment of the VOSR conference scheduled in the above-captioned case for December 21, 2023.[1] This is the first request for an adjournment by any party in this matter.

    The sole specification in the VOSR petition filed against Mr. Pinales Diaz involves his prosecution in a new criminal case proceeding before Judge Caproni, 23 Cr. 493 (VEC). That matter is scheduled for a status conference on December 18, 2023, and the parties do not anticipate that it will be resolved on that date, as the parties will require additional time to engage in motion practice and/or pursue a pretrial disposition. In the meantime, the Probation Department reports no concerns regarding Mr. Pinales Diaz. He is working full time and complying with the conditions of his pretrial and supervised release.

    As noted above, the Government consents to this application. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

cc: AUSA Henry Ross

---

[1] I respectfully request that the Court schedule the next conference during a week other than the week of February 19, 2024, mid-winter break in the New York City school system.

**GRANTED.** The conference is adjourned to February 12, 2024 at 11:00 a.m.
The Clerk of Court is requested to terminate the motion at Dkt. No. 9.

SO ORDERED.

11/21/2023

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge