```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                -against-                                          :    21-CR-357 (VEC)
                                                                   :    23-CR-493 (VEC)
JEREMY PINALES DIAZ,                                               :
                                     Defendant.                    :    ORDER
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 26, 2023, the parties appeared for a hearing;

WHEREAS Mr. Pinales Diaz entered a plea of guilty to Count 1 of the Indictment;

WHEREAS Mr. Pinales Diaz admitted to Specification 1 of the Violation of Supervised Release Report; and

WHEREAS the Court accepted the Defendant's plea and admission.

IT IS HEREBY ORDERED that the Defendant will be sentenced on **Monday, June 10, 2024, at 10:30 A.M.**  Pre-sentencing submissions are due no later than **May 27, 2024**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  February 17, 2024
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**